**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

08 JUN 13 PM 1:37

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br><br>Alfonso RAMIREZ-Medina<br>Defendant. | Magistrate's Case Number:<br>'08 MJ 1842<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, United States Code Section(s) 952 and 960-Importation of a Controlled Substance (Felony): |

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about June 12, 2008, within the Southern District of California, defendant Alfonso RAMIREZ-Medina did knowingly and intentionally import approximately 5,513.79 pounds (2,506.27 kilograms) of marijuana, a schedule I controlled substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, incorporated herein by reference.

SIGNATURE OF COMPLAINANT

Sworn to before me and subscribed in my presence this 13th day of June, 2008.

UNITED STATES MAGISTRATE JUDGE

**United States of America**
**vs.**
Alfonso RAMIREZ-Medina

## {STATEMENT OF FACTS}

I, Special Agent Timothy Meadows, declare under penalty of perjury, the following is true and correct.

These facts are based on my personal participation in this investigation and on written and oral statements received from other law enforcement officers. I submit that the facts contained in this statement demonstrate that probable cause exists to believe that the Defendant named in the attached complaint committed the crimes charged in the complaint.

On June 12, 2008, at approximately 5:38 P.M., Alfonso RAMIREZ-Medina applied for entry into the United States from Mexico at the Otay Mesa Commercial Port of Entry. RAMIREZ-Medina was the operator of a 1997 Freightliner semi-tractor bearing California license plates 9D76446 in combination with a 1987 Great Dane trailer bearing California license plates 4BB3309. RAMIREZ-Medina presented a Laser B-1/B-2 Visa Border Crosser Card and Mexican Driver's License to U.S. Customs and Border Protection Officer (CBPO) Saldana. CBPO Saldana noticed RAMIREZ-Medina was not making eye contact and had a glazed and worried expression on his face. CBPO asked RAMIREZ-Medina where he was taking his merchandise. RAMIREZ-Medina replied, to an Otay Mesa warehouse. CBPO Saldana referred RAMIREZ-Medina for further inspection. At approximately 6:50 P.M., RAMIREZ-Medina and his tractor and trailer were sent to x-ray for examination, then on to the dock for an intensive inspection. At approximately 7:32 P.M., CBP Canine Enforcement Officer (CEO) Moore was roving the cargo dock with narcotics Detector Dog (CE-84) (NDD) Rojo and was asked by CBPO S. Figueroa to run dock spaces 49 and 50. While NDD Rojo and CEO Moore worked the pallets on the dock NDD Rojo alerted to a pallet of Jalapenos and responded by sitting down. CEO Moore informed CBPO Figueroa of the canine alert. CEO Moore looked inside one of the boxes of jalapenos and could see a cellophane wrapped package underneath the jalapenos. At approximately 7:45 P.M., CBPO Figueroa informed CBPO Romero of the positive alert from CEO Moore's NND Rojo. CBPO Romero responded to the dock and observed packages secreted within the boxes of jalapenos. CBPO Romero probed a random package, which produced a green leafy substance that field tested positive for the properties of marijuana. CBPO Romero informed SCPO Garcia and CBPO Hua of the discovery. CBPO Hua then called Senior Special Agent (SS/A) Timothy Meadows, the duty agent for cargo cases. CBPO Romero and CBPO San Miguel escorted RAMIREZ-Medina to the pat down room and conducted a pat down of RAMIREZ-Medina with negative results. CBPO Romero turned RAMIREZ-Medina over to SS/A Meadows at approximately 8:30 P.M. and continued processing the load after it was determined a controlled delivery was not feasible. CBPO Romero removed a total of

eight hundred and five (805) packages wrapped in black trash bags, cellophane and laundry detergent weighing 2506.67 Kgs. (5,513.79 Lbs.).

At approximately 9:10 P.M., SS/A Timothy Meadows, U.S. Immigration and Customs Enforcement (ICE), ICE SS/A Garrick Carlton, SCBPO Garcia and CBPO Romero were in the pat down room while CBPO Romero and CBPO San Miguel conducted the pat down. RAMIREZ-Medina and the CBP agents were speaking in Spanish during the pat down. During the pat down SCBPO Garcia asked RAMIREZ-Medina where was he taking his load. RAMIREZ-Medina replied Los Angeles. SCBPO Garcia asked RAMIREZ-Medina if anyone was waiting for him to clear Customs, he replied his brother was waiting for him at a gas station somewhere in Otay Mesa. SCBPO Garcia asked where his brother's truck was loaded. RAMIREZ-Medina stated at the same warehouse. At this time SS/A Meadows felt prior to any further questioning RAMIREZ-Medina should be advised of his Miranda warnings. SS/A Meadows provided SCBPO Garcia a wallet card with the Miranda warnings in the Spanish language. Upon being read the first part of Miranda RAMIREZ-Medina invoke his right to an attorney and agents terminated the interview.

RAMIREZ-Medina was arrested for violating Title 21, United States Code, Sections 952 & 960-Importation of a controlled substance. He was processed and booked into the Metropolitan Correctional Center, San Diego, California, pending judicial proceedings.