FILED
JUN 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury '08 CR 2127 W

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO RAMIREZ-MEDINA,<br><br>Defendant. | Criminal Case No. ___________<br><br><u>I N D I C T M E N T</u><br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana |

The grand jury charges:

On or about June 12, 2008, within the Southern District of California, defendant ALFONSO RAMIREZ-MEDINA did knowingly and intentionally import 1,000 kilograms and more, to wit: approximately 2,506.27 kilograms (5,513.79 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 25, 2008.

A TRUE BILL:

[signature]
Foreperson

KAREN P. HEWITT
United States Attorney

By: [signature]
MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:fer:San Diego
6/25/08