**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Alfonso Ramirez-Medina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR2127-W |
| Plaintiff, | ) | DATE: September 15, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| | ) | MOTION FOR ORDER SHORTENING TIME |
| ALFONSO RAMIREZ-MEDINA, | ) | |
| Defendant. | ) | |

Mr. Ramirez-Medina, through undersigned counsel Gregory T. Murphy and Federal Defenders of San Diego, respectfully moves this Court for order shortening time to allow the filing of Mr. Ramirez-Medina's motions. Because an error of counsel or technology led to Mr. Ramirez-Medina's motion hearing being mis-calendared on counsel's computerized system, defense counsel was not aware of the impending date until contacted by the Court's clerk. Of course, in light of these late-filed motions, Mr. Ramirez-Medina will certainly join any request by the government for additional time to respond to Mr. Ramirez-Medina's motions.

Respectfully submitted,

DATED: September 9, 2008

/s/ Gregory T. Murphy
**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Alfonso Ramirez-Medina

**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Alfonso Ramirez-Medina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALFONSO RAMIREZ-MEDINA,<br>Defendant. | Case No. 08CR2127-W<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Sherri Hobson
Sherri_Hobson@usdoj.gov,melissa.d.johnson@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED: September 9, 2008

/s/ Gregory T. Murphy
**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Alfonso Ramirez-Medina